UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANAH MANDUJANO,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE LESTER, et al.,<br><br>Defendants. | No. 2:23-cv-02385-DJC-CKD PS<br><br><br><br>FINDINGS & RECOMMENDATIONS |

Plaintiff filed a pro se civil complaint and this matter was referred to the undersigned by Local Rule 302(c)(21) pursuant to 28 U.S.C. § 636(b).  By order filed March 25, 2025, the Court granted defendants Katherine Lester, City of Davis, and Rob Bonta's motions to dismiss plaintiff Yanah Mandujano's first amended complaint ("FAC"). (ECF No. 36.)  Plaintiff's FAC was found not to state any claim but he was given thirty days leave to file an amended complaint.  The time granted has expired, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot

1

move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal.

In accordance with the above, IT IS HEREBY RECOMMENDED as follows:

1. This action be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b); and
2. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 1, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, mand.2385.23

2